# ALABAMA COURT OF CRIMINAL APPEALS



March 21, 2025

**CR-2023-0303**

State of Alabama v. M.D.D. (Appeal from Blount Circuit Court: CC-10-112.60, CC-10-112.61, CC-10-112.80, and CC-10-112.81)

## <u>NOTICE</u>

You are hereby notified that on March 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk